**JUDGE KARAS**

  

07 CV 3722

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT COLUCCIO,<br><br>                 Plaintiff,<br><br>- against -<br><br>ENTERASYS NETWORKS, INC.,<br><br>                 Defendant. | CIVIL ACTION NO. _____<br><br>Rule 7.1 Statement  MAY 10 2007 |

## CORPORATE DISCLOSURE STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Enterasys Networks, Inc. certifies that its corporate parent is The Gores Group, LLC, and that no publicly held company owns ten (10%) percent or more of Enterasys Networks, Inc.'s stock.

Date: May 10, 2007

                          Mark L. Weyman (MW 6043)
                          Anderson Kill & Olick, P.C.
                          1251 Avenue of the Americas
                          New York, NY 10020
                          Telephone: 212-278-1000

                          Attorneys for Defendant Enterasys Networks, Inc.

NYDOCS1-860827.1

## CERTIFICATE OF SERVICE

I, Christina Nieves, hereby certify that I have on this 10th day of May 2007 served the foregoing by mailing copies thereof, postage prepaid, to the following:

Joseph S. Rosato, Esquire
233 Broadway
New York, NY 10279

*Christina Nieves*
_____
Christina Nieves