Joseph S. Rosato (JR-1352)
Paul A. Marber (PM-6377)
THE COCHRAN FIRM
233 Broadway, 5th Floor
New York, NY 10279
(212) 553-9215
*Attorneys for Plaintiff*
*Robert Coluccio*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------

ROBERT COLUCCIO,                                                    **Civ. Action No. 07-CV-3722 (KMK)**

                Plaintiff,

       -against-                                             **NOTICE OF APPEARANCE**

ENTERASYS NETWORKS, INC.,

                Defendant.

------------------------------------------------------------------

    **PLEASE TAKE NOTICE** that the undersigned counsel for plaintiff ROBERT

COLUCCIO, submit this Notice of Appearance for the express purpose of adding our e-mail

addresses (**pmarber@cochranfirm.com** and **jrosato@cochranfirm.com**) to the Court's list to

whom electronic notices should be delivered.

Dated: New York, New York
      June 11, 2007

                           Respectfully submitted,

                           THE COCHRAN FIRM
                           *Attorneys for Plaintiff*
                           *Robert Coluccio*

                           By;_____/s Paul A. Marber_____
                             Paul A. Marber (PM-6377)
                             233 Broadway, 5th Floor
                             New York, NY 10279
                             (212) 553-9215
                             pmarber@cochranfirm.com
                             jrosato@cochranfirm.com

TO:

Mark L. Weyman, Esq.. (MW 6043)
ANDERSON, KILL & OLICK, P.C.
Attorneys for Defendant
Entersays Networks, Inc.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000

Jonathan R. Sigel, Esq. (BBO#559850)
BOWDITCH & DEWEY, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 926-3434