ANDERSON KILL & OLICK, P.C.
A New York Professional Corporation
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-278-1000

Attorneys for Defendant Enterasys Networks, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT COLUCCIO,<br><br>　　　　　　　　Plaintiff,<br><br>　　- against -<br><br>ENTERASYS NETWORKS, INC.,<br><br>　　　　　　　　Defendant. | Civil Action No. 07 CV 3722<br><br>~~PROPOSED~~ **ORDER FOR**<br>**PRO HAC VICE ADMISSION** |

IT IS HEREBY ORDERED THAT upon the Notice of Motion, dated July 12, 2007, the Affidavit of Gail M. Eckstein dated July 12, 2007, and the exhibit thereto, Jonathan R. Sigel of the law firm Bowditch & Dewey LLP, 311 Main Street, Worcester, MA 01615-0156 is admitted *pro hac vice* in the above-captioned matter to represent defendant Enterasys Networks, Inc. before this Court.

Dated: July __, 2007

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Kenneth M. Karas
　　　　　　　　　　　　　　　　United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/07
```

NYDOCS1-866689.1　　　　　　　　4