UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/07

Robert Coluccio,

                              Plaintiff,

-v-

Enterasys Networks, Inc.,

                            Defendant.

Case No. 07-CV- 3722 (KMK)

ORDER
ECF

KENNETH M. KARAS, District Judge:

      The motion for judgment on the pleadings filed by Defendant Enterasys Networks, Inc. on August 1, 2007 is denied without prejudice for failure to comply with the Court's individual practices and the Local Rules of this District.

      The Clerk of the Court is directed to terminate the motion docketed as document #7.

SO ORDERED.

Dated:     August 6, 2007
               New York, New York

                                          KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE