# THE COCHRAN FIRM

## New York, New York

| | | |
|---|---|---|
| 127 PEACHTREE STREET, NE<br>SUITE 800<br>ATLANTA, GEORGIA 30303 | THE WOOLWORTH BUILDING<br>233 BROADWAY, 5TH FLOOR<br>NEW YORK, NEW YORK 10279 | ONE COMMERCE SQUARE<br>26TH FLOOR<br>MEMPHIS, TENNESSEE 38103 |
| 1 NORTH LASALLE<br>SUITE 2450<br>CHICAGO, ILLINOIS 60602 | TEL. NO.: (212) 553-9215<br>FAX NO.: (212) 227-8763 | 99 HUDSON STREET<br>8TH FLOOR<br>NEW YORK, NEW YORK 10013 |
| 163 WEST MAIN STREET<br>DOTHAN, ALABAMA 36301 | | 306 N. MAIN STREET<br>TUSKEGEE, ALABAMA 36083 |
| 4929 WILSHIRE BOULEVARD<br>SUITE 1010<br>LOS ANGELES, CALIFORNIA 90010 | Writer's direct dial (212) 553-9166 | 1100 NEW YORK AVENUE, NW<br>2ND FLOOR<br>WASHINGTON, D.C. 20005 |

August 20, 2007

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY  10007

      Re:    Robert Coluccio v. Enterasys Networks, Inc.
              Civil Action No.  07-CV-3722 (KMK)

Dear Judge Karas:

      We represent plaintiff in the referenced action.  We write in connection with the pre-motion conference letter, dated August 10, 2007, submitted by defendant's counsel.

      Upon returning to the office earlier today from a scheduled vacation, Joseph S. Rosato, Esq., the attorney in our office who is handling this matter first learned of the defendant's request for a pre-motion conference.

      We have no objection to a pre-motion conference and look forward to discussing the issues raised by defendant.  Should the Court require a substantive response to the defendant's letter, we respectfully request an opportunity to submit the response by this Friday, August 24, 2007.

                                                      Respectfully yours,

                                                      Paul A. Marber (PM-6377)

PAM/rb
    cc:    Jonathan R. Sigel (Bowditch & Dewey, LLP)