```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9\11\07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**Robert Coluccio,**

                              **Plaintiff,**

-v-

**Enterasys Networks, Inc. et al,**
                              **Defendant.**

---

Case No. 07-CV- 3722 (RJS) (~~KMK~~)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

      This case has been reassigned to my docket. The Court hereby ORDERS that the parties appear for a pre motion conference in this case. The conference shall be held on September 19, 2007 at 4:00pm in the United States Courthouse for the Southern District of New York, Courtroom 21D-500 Pearl Street, New York, New York.

      Defendant's counsel shall notify all parties.

SO ORDERED.

Dated:    September _11_, 2007
            New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE