UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT COLUCCIO,

                Plaintiff,

                              07-CV-3722 (RJS)

-v-

ENTERASYS NETWORKS, INC.,         ORDER

                Defendant.



RICHARD J. SULLIVAN, District Judge:

    At the pre-motion conference held before the Court on September 19, 2007, regarding plaintiff's proposed motion to dismiss the complaint, the Court made the following rulings:

> Plaintiff shall submit an amended complaint by October 19, 2007.
>
> Defendant may submit a letter on or before November 9, 2007, requesting a pre-motion conference in anticipation of filing a motion to dismiss the amended complaint. Thereafter, plaintiff shall, pursuant to the undersigned's Individual Rule 2.A, submit a letter on or before November 14, 2007, explaining why plaintiff anticipates defendant's proposed motion will fail.

SO ORDERED.

Dated:     New York, New York
             September 20, 2007

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE