UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT COLUCCIO,<br>                      Plaintiff,<br><br>- against -<br><br>ENTERASYS NETWORKS, INC.,<br>                      Defendant. | Civil Action No. 07 CV 3722 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), hereby stipulate that this action, including all claims and counterclaims, shall be dismissed with prejudice and without costs or attorneys' fees and that all rights of appeal are waived.

ROBERT COLUCCIO

By his attorney,

_____
Joseph S. Rosato
The Cochran Firm
233 Broadway, 5th Floor
New York, NY 10279
(212) 553-9215 (tel)
(212) 227-8763 (fax)
jrosato@cochranfirm.com

Date: November 1, 2007

ENTERASYS NETWORKS, INC.

By its attorney,

_____
Jonathan R. Sigel
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 926-3434 (tel)
(508) 929-3049 (fax)
jsigel@bowditch.com